IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| YVES SANTAIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 321-070 |
| | ) | |
| DOUG WILLIAM, Warden, and | ) | |
| TIMOTHY WARD, Commissioner, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

_____

# O R D E R

_____

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Clayton County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

Petitioner should be aware that all future filings in this case should be made with the Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Driver, SW, Atlanta, GA 30303-3309.

SO ORDERED this 1st day of December, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA